41 So.2d 915

**Claudus BONER v. STATE.**

**7 Div. 987.**

Court of Appeals of Alabama.
June 7, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

41 So.2d 916

**Robert A. BOOTHE v. STATE.**

**6 Div. 727.**

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

38 So.2d 197

**Erwin, alias Ervin, BOYKIN v. STATE.**

**6 Div. 655.**

Court of Appeals of Alabama.
Dec. 14, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

39 So.2d 53

**Curtis BRADFORD v. STATE.**

**7 Div. 966.**

Court of Appeals of Alabama.
Jan. 18, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

41 So.2d 916

**Joe Boyd BRANNUM v. STATE.**

**8 Div. 703.**

Court of Appeals of Alabama.
May 24, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

39 So.2d 54

**E. D. BRIDGES v. STATE.**

**7 Div. 958.**

Court of Appeals of Alabama.
Jan. 18, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.